

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GILBERT J. MOORE, III, DOUGLAS WILLIAM MOORE, and ANN ELIZABETH MOORE HOLLAND | § § § | No. 08-23-00180-CV<br><br>Appeal from the<br><br>112th Judicial District Court |
| Appellants, | § | of Pecos County, Texas |
| v. | § | (TC# P-12805-112-CV) |
| WEST BEND ENERGY PARTNERS, LLC, | § | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part, reversed in part, and remanded. We affirm the trial court's denial of the Moores' motion for summary judgment and reverse the trial court's order granting West Bend's motion. We remand the case for proceedings not inconsistent with this opinion. We further order each party to pay their own costs of this appeal and order that this decision to be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF DECEMBER 2024.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.